## Exhibit A to the Complaint

**Location:** San Diego, CA  
**Total Works Infringed:** 23

**IP Address:** 76.167.99.50  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D26115D8966BF3A672651C119BBE178A9C1A7D82<br>File Hash: 25C81ED2117705BBCD032B714CA70D15C270191599F2F8BE1BA384D392FC7CCF | 02-25-2022 16:07:30 | Tushy | 07-15-2018 | 08-07-2018 | PA0002132406 |
| 2 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash: 5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-12-2022 15:41:41 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 3 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 01-05-2022 08:16:10 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 4 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 01-16-2021 18:31:57 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 5 | Info Hash: AE9F28F7924FF880009DCD71C0D2B57A41EE2747<br>File Hash: EB64B11CA506307E9440646CE04E5E8766A84B261C36121BD6A48DF1D0B187AA | 01-16-2021 18:07:57 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 6 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 01-16-2021 17:18:21 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 7 | Info Hash: A9B3699C02490176108D20713811343F68FA1429<br>File Hash: 2A4C306473475F1BEA3BEE8ED88DA155DF6623C28394B83971D834D7AABC089E | 01-16-2021 07:43:15 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 8 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash: F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 01-13-2021 11:53:25 | Vixen | 02-28-2018 | 04-17-2018 | PA0002116071 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C7A42FE42017E6C151260FAF891792B447535F96<br>File Hash: 15DEACAA6CC03F75A8326B0296CB81A02305D5AD15E7E56B71AD311B8D354249 | 01-03-2021 01:20:09 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 10 | Info Hash: A3F4857D4E91BF5ACB1499E2D264FDE7135891C3<br>File Hash: DA2660F805FC914EFEBE0D0AE5EC307C1A4AC36CF6CDF98FE7297B67D6365236 | 09-12-2020 17:56:22 | Vixen | 10-11-2019 | 10-21-2019 | PA0002207779 |
| 11 | Info Hash: A2DA35983A4DA5B1800890CFD8ABB41D70E38206<br>File Hash: 077DA4C981D76C0802D900DDD31957C847D96C9B75BE16FBD40133F8B817D024 | 09-05-2020 10:44:48 | Vixen | 03-20-2019 | 04-17-2019 | PA0002186982 |
| 12 | Info Hash: A0ADA259E762EE580C2BC638AD595AB4C76D5850<br>File Hash: 91E0E1E341B63737B9CD651F4668A4F15118F51D296EE08C6D8C17A11A44EAA4 | 08-23-2020 20:58:16 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 13 | Info Hash: 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636<br>File Hash: 402B867C209F7D20D0191CA572AE9866DD7F7A3F678CE452902BFACBA641A9EB | 06-19-2020 01:18:40 | Vixen | 08-12-2017 | 08-17-2017 | PA0002048373 |
| 14 | Info Hash: 7054652C3A1756B1D4B48572E12896AEA1D14296<br>File Hash: A4C245DA7141B84750664EA8097CD2E42D79470052B632D1907A68EA4251B0DE | 06-15-2020 04:30:05 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |
| 15 | Info Hash: 38ACBC2E1C70F510E24860C74D1F57EF15E2A902<br>File Hash: 9ADA8277A6C1CDFA07A832A4636419AEC61D718D39866A2A244D8B64E93F0983 | 06-12-2020 20:31:48 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |
| 16 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 05-26-2020 16:20:17 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 17 | Info Hash: 5FAD5594FE08DB19A522B5FE69ACEC5092BCE70E<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 04-18-2020 00:23:12 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 02-06-2020 16:40:20 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 19 | Info Hash: EF5E0EA2F75D24F225AAF66630629A160B8070D3<br>File Hash: 7E3D58FBB38F6191A32209C8C12D19BDAB13FDDB157807004816D6251C722D57 | 02-06-2020 16:40:08 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 20 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 12-20-2019 21:30:43 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 21 | Info Hash: 0F201915AEAC4609F9B144F2C50256E3FC8B3652<br>File Hash: 57533BD6DA7A385BC2AFE5D8676B81295CB84181DE1A4B110716817C219A7FCC | 11-22-2019 22:26:14 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 22 | Info Hash: AF5E9F5A7C0F50A3A0CCCA08C875B36921047704<br>File Hash: 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | 09-29-2019 16:23:08 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 23 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash: 33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 08-07-2019 22:47:50 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |